UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

    SANDY SELIGMAN

                               Debtor.
------------------------------------------------------------X

Chapter 13

Case No.:   09-77621

## CONSENT TO CONVERSION TO CHAPTER 7

The above-named debtor, SANDY SELIGMAN, hereby consents to the conversion of this case from Chapter 13 to Chapter 7.

                                /s/  Sandy Seligman
                                SANDY SELIGMAN

Dated:   Carle Place, New York
           October  9, 2009

Seligman,S\ConsentToConversion(13-7) - 10-9-09